FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2022-3308
_____

TIMOTHY JAMES SMITH JR.,

　　Appellant,

　　v.

MALLORY NICOLE SMITH,

　　Appellee.

_____

On appeal from the Circuit Court for Leon County.
Tiffany M. Baker-Carper, Judge.

February 5, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.200(b), (e) (setting out process for proper transcription for inclusion in the appellate record and making the appellant responsible for compliance); Fla. R. Jud. Admin. 2.535 (governing court reporting); *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("The trial court should have been affirmed because the record brought forward by the appellant is inadequate to demonstrate reversible error."); *see also* Order dated January 16, 2024 (directing that a proper transcription of the hearing at issue be prepared and made part of the record, failing which summary affirmance under *Applegate* will follow).

OSTERHAUS, C.J., and LEWIS and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael J. Bauer of The Law Office of Michael J. Bauer, P.A., Tallahassee, for Appellant.

John C. Kenny of Law Offices of John C. Kenny, P.A., Tallahassee, for Appellee.